UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSE OF LEBANON ORGANIZATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOUSE OF PACIFIC RELATIONS INTERNATIONAL COTTAGES. INC., et al.,<br><br>Defendants. | Case No.: 3:17-cv-00232-L-BGS<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Defendants removed to this court on the basis of federal question jurisdiction. The basis of this jurisdiction was Plaintiff's 42 U.S.C. § 1981 claim. Because the Court has since dismissed the §1981 claim, no federal question remains. Considering the judicial values of economy, convenience, fairness, and comity, the Court finds that state court is the proper venue for this recently filed action. Accordingly, the Court exercises its discretion under 28 U.S.C. § 1367 (c)(3) by declining to extend supplemental jurisdiction over Plaintiff's remaining claims. This action is hereby remanded to state court.

Dated: September 7, 2017

Hon. M. James Lorenz
United States District Judge